IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01429-MSK-MEH

ALTRUX MEDICAL, LLC, a Georgia limited liability corporation,

    Plaintiff,

v.

LANX, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2009.**

    The Stipulated Motion for Entry of Confidentiality Protective Order [filed November 30, 2009; docket #28] is **granted**. The Stipulated Confidentiality Protective Order is accepted and entered contemporaneously with this minute order.