IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01429-MSK-MEH

ALTRUX MEDICAL, LLC, a Georgia limited liability corporation,

    Plaintiff,

v.

LANX, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2010.**

    The Joint Motion to Extend Discovery Period and Deadline for Filing Motions for Summary Judgment [filed January 15, 2010; docket #39] is **granted**. The discovery cut-off is extended up to and including **April 29, 2010**. The dispositive motion deadline is extended up to and including **May 20, 2010**. However, due to the timing of the Final Pretrial Conference, the Court is not inclined to grant any further extensions absent exceptional cause.